EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
ANDRÉS NEGRÓN, acusado y apelante.

Núm. 8723.—*Sometido:* Junio 17, 1941.  *Resuelto:* Junio 18, 1941.

*Federico García Veve,* abogado del apelante; *Hon. Procurador
General George A. Malcolm, R. A. Gómez, Fiscal del Tribunal
Supremo* y *Luis Negrón Fernández, Fiscal Auxiliar,* abogados de
El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR TODD, JR., emitió la opinión del
tribunal.

Andrés Negrón fué declarado culpable por la Corte de
Distrito de Bayamón de un delito de adulteración de leche y
apela de la sentencia que le condenó a pagar una multa de
treinta dólares y las costas, imputando a la corte inferior
un solo error al apreciar la prueba y actuar movida por
pasión, prejuicio y parcialidad.

Precisa, pues, que examinemos la prueba presentada para
determinar si justifica la conclusión a que llegó la corte
sentenciadora.

Para sostener la acusación el fiscal presentó las decla-
raciones de los testigos Leopoldo Romaní, José Miranda
Alvarez, inspectores de sanidad y de Modesto Luzunaris,
químico del Departamento de Sanidad. En síntesis, Romaní
declaró que el 14 de febrero de 1940 era inspector de sanidad
en Vega Baja y a las siete de la mañana se personó acom-
pañado de Miranda en el puesto de leche del acusado situado
en la Calle Manuel Padilla; que tomó una muestra de leche
de la que estaban vendiendo allí; que la leche estaba en el
mostrador en un envase aporcelanado—una olla con tapa;
que estaba para la venta porque había gente comprando; que

el puesto tenía licencia núm. 1118 de Sanidad; que tomó la muestra en tres botellas, las tapó, lacró, puso sus iniciales y le entregó una muestra al acusado. A repreguntas del abogado defensor, declaró que el acusado le despachaba leche a la gente que estaba a la parte de afuera comprándola en cacharros; que había dos o tres nada más y se les despachaba a través de un torno que da a la calle; que el acusado recibía el dinero pues vendía la leche a diez centavos y además vendía dos y tres centavos de leche; que el acusado sacaba la leche de donde estaba él sacando la muestra; que dentro del puesto no había nadie más que el acusado, Miranda y él.

El inspector Miranda declaró sustancialmente lo mismo que el anterior testigo, excepto que a repreguntas del abogado defensor, negó que un muchacho llamado Rubén Torres entrara al puesto del acusado y vaciara leche de un garrafón que llevaba.

El químico Modesto Luzunaris declaró que analizada la muestra de leche tomada al acusado resultó adulterada con un 15 por ciento de agua añadida artificialmente.

La prueba de defensa consistió en las declaraciones de los testigos Prudencio Torres, Ramón Barreto y la del propio acusado.

Prudencio Torres declaró que se dedica a vender leche por el pueblo de Vega Baja; que le compra la leche a doña María Pérez; que el 14 de febrero de 1940 se la compró a ella y cuando salía de su casa la Sanidad se echó detrás de él y él, medio asustado, entró al depósito del acusado y la soltó; que él acostumbraba venderle leche al acusado; que éste se opuso a que dejara la leche allí; que había gente esperando para comprar leche y ya se iban porque no había; que después llegó Romaní y tomó muestras de la que él echó en una olla que acababa de fregar. A preguntas del juez inferior declaró que ya él estaba a la parte de afuera del puesto del acusado fregando el latón cuando llegaron los

inspectores, aunque insistió en decir que lo venían persiguiendo.

Ramón Barreto declaró que era el celador del acueducto de Vega Baja; que el día de los hechos fué a las siete de la mañana a comprar un litro de leche al puesto del acusado y ya se había terminado y se puso a conversar con él y vió venir a Torres, como huyendo y detrás de él los inspectores de Sanidad; que el muchacho entró al puesto y vació la leche enseguida y el acusado le dijo que no quería más ninguna y en eso llegó la Sanidad y cogió la muestra de la leche que vació el muchacho. A repreguntas del fiscal declaró que Romaní llegó casi junto con Torres y a preguntas del juez dijo que la Sanidad encontró al muchacho dentro del puesto, temblando, pero que no intervinieron con él.

El acusado declaró más o menos lo mismo que sus dos testigos, sosteniendo que la leche pertenecía a Torres y que él no tenía ninguna para la venta pues ya se le había terminado.

Hemos leído la transcripción de evidencia y nada hay en ella que indique que la corte inferior, según sostiene el apelante, actuara movida por pasión, prejuicio o parcialidad al apreciar la prueba de una y otra parte. Creyó a los testigos de El Pueblo y no a los del acusado, dirimió el conflicto que existe en la prueba y no hay duda de que, al hacerlo a favor de la de cargo, estuvo justificada en declarar culpable al acusado.

*Se desestima el recurso y se confirma la sentencia.*